**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor ACUNA–CARBAJAL,**
**Defendant–Appellant.**

**No. 04–41474.**

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 20, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, H. Michael Sokolow, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: \*

Victor Acuna–Carbajal appeals his conviction and sentence for possession with intent to distribute over 100 kilograms of marijuana. Acuna–Carbajal contends that 21 U.S.C. § 841 is facially unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). As Acuna–Carbajal concedes, his argument is foreclosed by circuit precedent. *See United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir.2000). He raises the issue only to preserve it for Supreme Court review. The district court's judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.